[No. 11242-0-III.   Division Three.   February 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES DAVID HAPPY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00513-6, Marcus M. Kelly, J., entered December 5, 1990. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.

[No. 11798-7-III.   Division Three.   February 11, 1993.]

LOREN H. DENISON, *Respondent*, v. BOISE CASCADE CORPORATION, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Stevens County, No. 90-2-00400-5, Larry M. Kristianson, J., entered July 19, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.

[No. 14036-5-II.   Division Two.   February 12, 1993.]

*In the Matter of the Adoption of* INFANT BOY CREWS.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-5-01789-6, Terry D. Sebring, J., entered June 15, 1990. *Affirmed* by unpublished per curiam opinion.

[No. 14169-8-II.   Division Two.   February 12, 1993.]

NORMAN T. COPELAND, *Appellant*, v. JAMES BERGH, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86-2-00764-1, Michael G. Spencer, J., entered June 20, 1990. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Petrich and Morgan, JJ.